**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GRUMPY CAT LIMITED, | ) | |
| | ) | Case No.: 20-cv-5999 |
| Plaintiff, | ) | |
| | ) | Judge Virginia M. Kendall |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on GRUMPY CAT LIMITED's Motion for a

Preliminary Injunction, and this Court having considered the evidence before it hereby GRANTS

Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the Defendants

identified in Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants

since the Defendants directly target their business activities toward consumers in the United

States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois

residents by operating one or more commercial, interactive Internet Stores through which Illinois

residents can purchase products bearing infringing and/or counterfeit versions of Plaintiff's

GRUMPY CAT Trademarks (the "Counterfeit GRUMPY CAT Products").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the

Temporary Restraining Order ("TRO") should remain in place through the pendency of this

litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil

Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the GRUMPY CAT Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration Nos. 4,907,212, 5,516,378, 4,820,434, 4,417,549, 4,672,289, 5,073,528, 4,527,097, 4,930,286 and 4,907,213, (2) Defendants are not licensed or authorized to use the GRUMPY CAT Trademarks, and (3) Defendants' use of the GRUMPY CAT Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with GRUMPY CAT LIMITED. Furthermore, Defendants' continued and unauthorized use of the GRUMPY CAT Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

   a. using Plaintiff's GRUMPY CAT Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof in any manner

in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine GRUMPY CAT product or is not authorized by Plaintiff to be sold in connection with Plaintiff's GRUMPY CAT Trademarks;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine GRUMPY CAT product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's GRUMPY CAT Trademarks;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.  further infringing Plaintiff's GRUMPY CAT Trademarks and damaging Plaintiff's goodwill;

e.  otherwise competing unfairly with Plaintiff in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's GRUMPY CAT Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof;

g.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit GRUMPY CAT Products; and

h.    operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's GRUMPY CAT Trademarks or any confusingly similar reproduction, counterfeit copy or colorable imitation thereof that is not a genuine GRUMPY CAT Product or not authorized by Plaintiff to be sold in connection with Plaintiff's GRUMPY CAT Trademarks.

2.    Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all Aliexpress, Alipay, DHgate, eBay and PayPal accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through h, above.

3.    The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

4

   a.  unlock and change the registrar of record for the Defendant Domain Names
       to a registrar of Plaintiff's selection until further ordered by this Court, and
       the domain name registrars shall take any steps necessary to transfer the
       Defendant Domain Names to a registrar of Plaintiff's selection until further
       ordered by this Court; or

   b.  disable the Defendant Domain Names and make them inactive and
       untransferable until further ordered by this Court.

4.  Those in privity with Defendants and with actual notice of this Order, including any online
    marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and
    any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook,
    YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo,
    web hosts for the Defendant Domain Names, and domain name registrars, shall within five
    (5) business days of receipt of this Order:

   a.  disable and cease providing services for any accounts through which
       Defendants engage in the sale of counterfeit and infringing goods using the
       GRUMPY CAT Trademarks, including any accounts associated with the
       Defendants listed on Schedule A;

   b.  disable and cease displaying any advertisements used by or associated with
       Defendants in connection with the sale of counterfeit and infringing goods
       using the GRUMPY CAT Trademarks; and

   c.  take all steps necessary to prevent links to the Defendant Domain Names
       identified in Schedule A from displaying in search results, including, but

not limited to, removing links to the Defendant Domain Names from any search index.

5.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer and Alibaba, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including Aliexpress, Alipay, DHgate, eBay, PayPal, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

    c. Defendants' websites and/or any Online Marketplace Accounts;

6

d. The Defendant Domain Names or any domain name registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Aliexpress, Alipay, DHgat, PayPal, eBay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts connected to the information listed in Schedule A hereto; and

b. Restrain and enjoin any such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.     DHgate shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any DHgate accounts connected to the information listed in Schedule A hereto; and

   b.  Restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9.     PayPal shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto; and

   b.  Restrain and enjoin any such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10.    eBay shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a.  Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any eBay accounts connected to the information listed in Schedule A hereto; and

b. Restrain and enjoin any such accounts or funds that are China or Hong Kong-based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Plaintiff's control will redirect, or by sending an e-mail to the e-mail addresses identified in Schedule A hereto; and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "2011wanglov and all other Defendants identified in Complaint" Schedule A that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

12. Plaintiff's Schedule A to the Complaint, and the TRO are unsealed.

13. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

14.    The $10,000 bond posted by Plaintiff shall remain with the Court until a Final

disposition of this case or until this Preliminary Injunction is terminated.


Dated: _____ 11-13-20, 2020

Virginia M. Kendall
U.S. District Court Judge

10

## SCHEDULE A

| No. | Defendant Name / Alias |
|-----|------------------------|
| 1 | 2011wanglov |
| 2 | singsongbeby |
| 3 | sweetbaby220 |
| 4 | Shop5239150 Store |
| 5 | Shop5245200 Store |
| 6 | ZHANGKUKU Store |
| 7 | Mr.MayLan 3DApparel Store |
| 8 | Mr.MayLan 3Dfactory Store |
| 9 | Shop5588162 Store |
| 10 | Shop5594281 Store |
| 11 | Shop5252156 Store |
| 12 | Shop5253152 Store |
| 13 | Shop5259138 Store |
| 14 | Akaya |
| 15 | Bichery |
| 16 | Colin_scot |
| 17 | Mj_covenant |
| 18 | goldenharvest |
| 19 | liguo0041 |
| 20 | niumowang7 |
| 21 | shuang15 |
| 22 | shuang18 |
| 23 | bangbang |
| 24 | Guangzhou Kader Garment Co., Ltd. |
| 25 | Guangzhou Youzi Apparel Co., Ltd. |
| 26 | Lanxi In-Control E-Commerce Co., Ltd. |
| 27 | Nanchang Zmar Clothing Co., Ltd. |
| 28 | Yiwu Lanna Garment Co., Ltd. |
| 29 | 3dfashionmall |
| 30 | 4ever_trendy |
| 31 | edluhu0 |
| 32 | kisssweet66 |
| 33 | pathpark |
| 34 | unicomidea |
| 35 | Andrecarr Fashion clothes Store |
| 36 | Blitzcrank Store |
| 37 | CSMN Store |
| 38 | designprintcentre Store |

11

| 39 | fengyelin800 Store |
| 40 | Firework World Store |
| 41 | For the Throne Store |
| 42 | GDD Store |
| 43 | GDD88 Store |
| 44 | Gersri Official Store |
| 45 | gucun Store |
| 46 | GUO feng Store |
| 47 | huohuo-xiong Store |
| 48 | ISTider PP's Store |
| 49 | jumeast Store |
| 50 | kaikai888 Store |
| 51 | Men's Boutique Store |
| 52 | Nanchang Vision Garment Co., Ltd. |
| 53 | OGEOGE Store |
| 54 | qiaodan Store |
| 55 | Q-IMAGE Official Store |
| 56 | RobertDowney Store |
| 57 | Shenzhen Bonlovesport Co., Ltd. |
| 58 | Shop4422132 Store |
| 59 | Shop4580034 Store |
| 60 | Shop5243166 Store |
| 61 | Shop5255051 Store |
| 62 | Shop5262037 Store |
| 63 | Shop5372125 Store |
| 64 | Shop5380139 Store |
| 65 | Shop5381163 Store |
| 66 | Shop5400038 Store |
| 67 | Shop5425192 Store |
| 68 | Skull-Design Store |
| 69 | Super Ray Store |
| 70 | t-shirt09 Store |
| 71 | t-shirt22 Store |
| 72 | Waroom DZ Store |
| 73 | xin rong Store |
| 74 | Your TShirt Store |
| 75 | amesion75 |
| 76 | britwear |
| 77 | caicloth |
| 78 | Coachteeshirt |
| 79 | elite_direct |

| 80 | Haoceng224 |
|-----|-----|
| 81 | jury |
| 82 | langtonstore |
| 83 | lilycup |
| 84 | mcperspective |
| 85 | Ralphlaurentshirt |
| 86 | rocktothetop |
| 87 | shamblestees |
| 88 | sixpoundtees |
| 89 | Vampire999 |
| 90 | wenyanlv |
| 91 | zdw305168 |
| 92 | zhangjingxin2 |
| 93 | E-A-M Store |
| 94 | F&G 5 Store |
| 95 | fanximan Official Store |
| 96 | Judith Trading Store |
| 97 | KingTime Store |
| 98 | Yprenoning Decor Store |
| 99 | aboom |
| 100 | Af1097072730 |
| 101 | Candide |
| 102 | Dalihua |
| 103 | Dingyng |
| 104 | esw_house |
| 105 | Fair2015 |
| 106 | Fashionbape |
| 107 | Huweilan |
| 108 | Hysean |
| 109 | liangjingjing_watch |
| 110 | Lingyangv587 |
| 111 | Liqodoi |
| 112 | Lovehome66 |
| 113 | qwonly_shop |
| 114 | Snoopy710 |
| 115 | Sumai01 |
| 116 | Tom1820pc |
| 117 | wondercraftroom |
| 118 | wonderise |
| 119 | Xn122 |
| 120 | Youlanda002 |

| 121 | 12colorfuldays |
| 122 | uebshopingonline2017 |
| 123 | heavenstores |
| 124 | imakeprices |
| 125 | DIADIY Round&Square drill painting Store |
| 126 | EverShine Official Store |
| 127 | Kai Ping Mei Park kaiping Store |
| 128 | Kelly66 Craft Store |
| 129 | Lavi Store |
| 130 | Nong-DIY Store |
| 131 | Ting-Doog Store |
| 132 | yiwu D-I-Y diamonds painting Store |
| 133 | ZhuiStar Boutique Store |
| 134 | Factory Phone Coque Fundas Store |
| 135 | Fairsite Store |
| 136 | KTTcase Store |
| 137 | Shop4432231 Store |
| 138 | Shop4848049 Store |
| 139 | Shop5005379 Store |
| 140 | Shop5063285 Store |
| 141 | Shop5160056 Store |
| 142 | Shop5161028 Store |
| 143 | shopdesignphonecase Store |
| 144 | The End Covers Store |
| 145 | bornnice |
| 146 | Artikeldeko Store |
| 147 | Integrity Zhiyuan Store |
| 148 | motorcycle mask Store |
| 149 | Shenzhen Sky Contact Technology Co., Ltd. |
| 150 | ThreeRatels Store |
| 151 | Brilliant9999 |
| 152 | All the way west Store |
| 153 | anbo xu's store |
| 154 | BLRISUP House Store |
| 155 | CHARMHOME Store |
| 156 | GO GO Warm Textile Store |
| 157 | Hui Zen"s Store |
| 158 | Softreasure Store |
| 159 | Xiamen Yoyo Ceramic Trading Co., Ltd. |
| 160 | FAYFA Decor Store |
| 161 | Karina's Dream Fashion Store |

| 162 | Yowming Store |
|---|---|
| 163 | derlu01 |
| 164 | dhcup |
| 165 | sweetermei |
| 166 | Awinrel Direct Store |
| 167 | devil Store |
| 168 | Shop3660108 Store |
| 169 | diyshop2012 |
| 170 | anpoline_0 |
| 171 | 123-GO Store |
| 172 | bao li Store |
| 173 | HARRY RIBBON Store |
| 174 | LEDDong Store |
| 175 | Mairuige Official Store |
| 176 | Mike fan |
| 177 | ShunXi DIY Company Store |
| 178 | Stinky socks not stinky Store |
| 179 | Akye002 |
| 180 | bdshop |
| 181 | caronline |
| 182 | Fenxin |
| 183 | jimliu520 |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/usr/2011wanglov |
| 2 | https://www.ebay.com/usr/singsongbeby |
| 3 | https://www.ebay.com/usr/sweetbaby220 |
| 4 | https://www.aliexpress.com/store/5239150 |
| 5 | https://www.aliexpress.com/store/5245200 |
| 6 | https://zhangkuku.aliexpress.com/store/5197033 |
| 7 | https://www.aliexpress.com/store/3905033 |
| 8 | https://www.aliexpress.com/store/4077005 |
| 9 | https://www.aliexpress.com/store/5588162 |
| 10 | https://www.aliexpress.com/store/5594281 |
| 11 | https://www.aliexpress.com/store/5252156 |
| 12 | https://www.aliexpress.com/store/5253152 |
| 13 | https://www.aliexpress.com/store/5259138 |
| 14 | https://www.dhgate.com/store/20473809 |
| 15 | https://www.dhgate.com/store/20494811 |

| 16 | https://www.dhgate.com/store/20376062 |
|----|---|
| 17 | https://www.dhgate.com/store/20709177 |
| 18 | https://www.dhgate.com/store/20619943 |
| 19 | https://www.dhgate.com/wholesale/products/ff80808165e7d1670165e801441d021a.html |
| 20 | https://www.dhgate.com/store/21005117 |
| 21 | https://www.dhgate.com/store/21003931 |
| 22 | https://www.dhgate.com/store/21005776 |
| 23 | https://bangbang.ecrater.com |
| 24 | https://kader-garment.en.alibaba.com |
| 25 | https://sunfit.en.alibaba.com |
| 26 | https://in-control.en.alibaba.com |
| 27 | https://zmar.en.alibaba.com |
| 28 | https://ywlanna.en.alibaba.com |
| 29 | https://www.ebay.com/usr/3dfashionmall |
| 30 | https://www.ebay.com/usr/4ever_trendy |
| 31 | https://www.ebay.com/usr/edluhu0 |
| 32 | https://www.ebay.com/usr/kissweet66 |
| 33 | https://www.ebay.com/usr/pathpark |
| 34 | https://www.ebay.com/usr/unicomidea |
| 35 | https://www.aliexpress.com/store/1489026 |
| 36 | https://www.aliexpress.com/store/5235017 |
| 37 | https://www.aliexpress.com/store/900031001 |
| 38 | https://designprintcentre.aliexpress.com/store/4444025 |
| 39 | https://fengyelin800.aliexpress.com/store/5106054 |
| 40 | https://www.aliexpress.com/store/2839076/search |
| 41 | https://www.aliexpress.com/store/5085215 |
| 42 | https://www.aliexpress.com/store/5601082 |
| 43 | https://www.aliexpress.com/store/5599098 |
| 44 | https://gersri.aliexpress.com/store/4296008 |
| 45 | https://www.aliexpress.com/store/4417080 |
| 46 | https://www.aliexpress.com/store/5090048 |
| 47 | https://www.aliexpress.com/store/3626044 |
| 48 | http://www.aliexpress.com/store/2233019 |
| 49 | https://jumeast.aliexpress.com/store/1750041 |
| 50 | https://www.aliexpress.com/store/4996326 |
| 51 | https://wqp001.aliexpress.com/store/5023082 |
| 52 | https://visiongarment.en.alibaba.com |
| 53 | https://ogeoge.aliexpress.com/store/5126110 |
| 54 | https://www.aliexpress.com/store/4968048 |
| 55 | https://q-imagelq.aliexpress.com/store/505512 |

| 56 | https://robertdowney.aliexpress.com/store/5207003 |
|----|---|
| 57 | https://bonlovesport.en.alibaba.com |
| 58 | https://www.aliexpress.com/store/4422132 |
| 59 | https://www.aliexpress.com/store/4580034 |
| 60 | https://www.aliexpress.com/store/5243166 |
| 61 | https://www.aliexpress.com/store/5255051 |
| 62 | https://www.aliexpress.com/store/5262037 |
| 63 | https://www.aliexpress.com/store/5372125 |
| 64 | https://www.aliexpress.com/store/5380139 |
| 65 | https://www.aliexpress.com/store/5381163 |
| 66 | https://www.aliexpress.com/store/5400038 |
| 67 | https://www.aliexpress.com/store/5425192 |
| 68 | https://www.aliexpress.com/store/3694002 |
| 69 | https://www.aliexpress.com/store/4037061 |
| 70 | https://www.aliexpress.com/store/5437035 |
| 71 | https://www.aliexpress.com/store/5562068 |
| 72 | https://www.aliexpress.com/store/4206010 |
| 73 | https://www.aliexpress.com/store/5250320 |
| 74 | https://www.aliexpress.com/store/4373010 |
| 75 | https://www.dhgate.com/wholesale/products/ff80808165c7e4bf0165e5b5eac14f37.html |
| 76 | https://www.dhgate.com/store/21128472 |
| 77 | https://www.dhgate.com/store/20996599 |
| 78 | https://www.dhgate.com/store/21171491 |
| 79 | https://www.dhgate.com/store/21130224 |
| 80 | https://www.dhgate.com/store/20348782 |
| 81 | https://www.dhgate.com/store/19859313 |
| 82 | https://www.dhgate.com/store/21148840 |
| 83 | https://www.dhgate.com/store/21169089 |
| 84 | https://www.dhgate.com/store/19313354 |
| 85 | https://www.dhgate.com/store/21170712 |
| 86 | https://www.dhgate.com/store/21148821 |
| 87 | https://www.dhgate.com/store/21135392 |
| 88 | https://www.dhgate.com/store/21185031 |
| 89 | https://www.dhgate.com/store/21425312 |
| 90 | https://www.dhgate.com/store/14498504 |
| 91 | https://www.dhgate.com/store/20437232 |
| 92 | https://www.dhgate.com/wholesale/products/ff80808165e7d2720166678e96b83125.html |
| 93 | https://www.aliexpress.com/store/3006005 |
| 94 | https://www.aliexpress.com/store/4500032 |
| 95 | https://fanximan.aliexpress.com/store/2195002 |

| 96 | https://www.aliexpress.com/store/323485 |
|---|---|
| 97 | https://kingtime.aliexpress.com/store/2784227 |
| 98 | https://www.aliexpress.com/store/3669050 |
| 99 | https://www.dhgate.com/store/20683917 |
| 100 | https://www.dhgate.com/store/20353976 |
| 101 | https://www.dhgate.com/wholesale/products/ff8080814df67d12014ec7c9c78303be.html |
| 102 | https://www.dhgate.com/store/20062019 |
| 103 | https://www.dhgate.com/store/20901150 |
| 104 | https://www.dhgate.com/store/20308319 |
| 105 | https://www.dhgate.com/store/19967452 |
| 106 | https://www.dhgate.com/store/20732117 |
| 107 | https://www.dhgate.com/store/20063077 |
| 108 | https://www.dhgate.com/store/14379056 |
| 109 | https://www.dhgate.com/store/20230859 |
| 110 | https://www.dhgate.com/store/20102977 |
| 111 | https://www.dhgate.com/store/20107648 |
| 112 | https://www.dhgate.com/wholesale/products/ff8080815fbe392b0160bf43fbb81b15.html |
| 113 | https://www.dhgate.com/store/19765345 |
| 114 | https://www.dhgate.com/store/20629705 |
| 115 | https://www.dhgate.com/store/20755004 |
| 116 | https://www.dhgate.com/store/20615407 |
| 117 | https://www.dhgate.com/store/19752772 |
| 118 | https://www.dhgate.com/store/20535519 |
| 119 | https://www.dhgate.com/store/21020594 |
| 120 | https://www.dhgate.com/store/20719899 |
| 121 | https://www.ebay.com/usr/12colorfuldays |
| 122 | https://www.ebay.com/usr/uebshopingonline2017 |
| 123 | https://www.ebay.com/usr/heavenstores |
| 124 | https://www.ebay.com/usr/imakeprices |
| 125 | https://www.aliexpress.com/store/2129031 |
| 126 | https://evershines.aliexpress.com/store/2162051 |
| 127 | https://kaipingmeiparkkaiping.aliexpress.com/store/2071155 |
| 128 | https://kelly66.aliexpress.com/store/1360679 |
| 129 | https://www.aliexpress.com/store/5498086 |
| 130 | https://www.aliexpress.com/store/2664102 |
| 131 | https://www.aliexpress.com/store/2669112 |
| 132 | https://www.aliexpress.com/store/3195054 |
| 133 | https://www.aliexpress.com/store/1831765 |
| 134 | https://www.aliexpress.com/store/2166154 |
| 135 | https://www.aliexpress.com/store/5001240 |

| 136 | https://www.aliexpress.com/store/3677087 |
|-----|-------------------------------------------|
| 137 | https://www.aliexpress.com/store/4432231 |
| 138 | https://www.aliexpress.com/store/4848049 |
| 139 | https://www.aliexpress.com/store/5005379 |
| 140 | https://www.aliexpress.com/store/5063285 |
| 141 | https://www.aliexpress.com/store/5160056 |
| 142 | https://www.aliexpress.com/store/5161028 |
| 143 | https://www.aliexpress.com/store/5606158 |
| 144 | https://www.aliexpress.com/store/2659079 |
| 145 | https://www.ebay.com/usr/bornnice |
| 146 | https://www.aliexpress.com/store/5049305 |
| 147 | https://www.aliexpress.com/store/3109088 |
| 148 | https://www.aliexpress.com/store/5489234 |
| 149 | https://skycontact.en.alibaba.com |
| 150 | https://threeratels.aliexpress.com/store/2957253 |
| 151 | https://www.dhgate.com/store/21024556 |
| 152 | https://notafraidofthefuture.aliexpress.com/store/3658075 |
| 153 | https://www.aliexpress.com/store/637332 |
| 154 | https://www.aliexpress.com/store/4498149 |
| 155 | https://www.aliexpress.com/store/2935010 |
| 156 | https://www.aliexpress.com/store/1497351 |
| 157 | https://www.aliexpress.com/store/3241084 |
| 158 | https://www.aliexpress.com/store/3660068 |
| 159 | https://brtceramic.en.alibaba.com |
| 160 | https://www.aliexpress.com/store/5432055 |
| 161 | https://www.aliexpress.com/store/835068 |
| 162 | https://www.aliexpress.com/store/3896032 |
| 163 | https://www.dhgate.com/store/21032563 |
| 164 | https://www.dhgate.com/store/20798060 |
| 165 | https://www.dhgate.com/store/21243059 |
| 166 | https://www.aliexpress.com/store/347872 |
| 167 | https://www.aliexpress.com/store/421252 |
| 168 | https://www.aliexpress.com/store/3660108 |
| 169 | https://www.dhgate.com/store/14775346 |
| 170 | https://www.ebay.com/usr/anpoline_0 |
| 171 | https://www.aliexpress.com/store/5377175 |
| 172 | https://www.aliexpress.com/store/5019136 |
| 173 | https://www.aliexpress.com/store/338776 |
| 174 | https://www.aliexpress.com/store/4993458 |
| 175 | https://mairuigemousepad.aliexpress.com/store/1955418 |
| 176 | https://www.aliexpress.com/store/1342130 |

| 177 | https://www.aliexpress.com/store/2654039 |
| 178 | https://www.aliexpress.com/store/5442042 |
| 179 | http://www.dhgate.com/store/20290514 |
| 180 | https://www.dhgate.com/store/18216251 |
| 181 | https://www.dhgate.com/store/20244823 |
| 182 | https://www.dhgate.com/store/20057873 |
| 183 | https://www.dhgate.com/store/20594189 |